

**NUMBER 13-15-00048-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**PERLA CANTU AND
MAYDE CANTU,**                                                                 **Appellants,**

**v.**

**ORALIA VILLARREAL,**                                                            **Appellee.**

---

**On appeal from the County Court at Law No. 2
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Garza, Perkes, and Longoria
Memorandum Opinion Per Curiam**

Appellants, Perla Cantu and Mayde Cantu, perfected an appeal from a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-13-3272-B. Appellants have filed an agreed motion for dismissal of the appeal on

grounds that pursuant to mediation, the claims between appellants and appellee have been resolved. The appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
10th day of December, 2015.

2